IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

HADI JOHNSON                                                                                           PLAINTIFF

VS.                                                        CIVIL ACTION NO. 3:05CV257-TSL-AGN

NORTH HILL SQUARE APARTMENTS,
PINNACLE MANAGEMENT, AND JOHN DOES 1-10                         DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on motion of the Plaintiff in the above styled and numbered cause, to dismiss the above styled and numbered cause with prejudice, and the Court having heard and considered said motion, and having found that this cause has been compromised and settled, the Plaintiff having received full accord and satisfaction of all causes of action she has as a result of the facts described in the Complaint, this Court is of the opinion that this motion is well taken and should be and is hereby sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above styled and numbered cause is hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 23rd day of  March  , 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:


s/Ramel L. Cotton
RAMEL L. COTTON
OMAR NELSON, ESQ.
COUNSEL FOR PLAINTIFF


s/Samuel F. Creasey
SAMUEL F. CREASEY
ATTORNEY FOR DEFENDANTS



PRESENTED BY:

EDWARD J. CURRIE, JR. MSB #5546
SAMUEL F. CREASEY MSB #99555
CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive (39232)
Post Office Box 750
Jackson, Mississippi   39205
Facsimile:     601-969-5120
Telephone:     601-969-1010